

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| Defendant: | **Managed Business Communication Inc.** |
|---|---|
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 35998 | 9/16/2020 | $53.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 33872 | 11/1/2019 | $375.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 36065 | 10/5/2020 | $2,168.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 36062 | 10/5/2020 | $2,472.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 36056 | 10/2/2020 | $2,060.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 36055 | 10/2/2020 | $1,427.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 36038 | 9/28/2020 | $267.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 36022 | 9/25/2020 | $428.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113379 | $3,036.20 | 3/27/2023 | 38752 | 3/24/2022 | $3,036.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 36003 | 9/18/2020 | $2,979.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 36077 | 10/12/2020 | $231.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 35997 | 9/16/2020 | $744.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 35951 | 9/2/2020 | $4,800.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 35824 | 8/11/2020 | $3,651.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 35273 | 4/1/2020 | $846.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 34999 | 2/10/2020 | $680.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 34805 | 1/10/2020 | $264.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 34114 | 11/15/2019 | $832.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 36004 | 9/18/2020 | $53.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38688 | 3/9/2022 | $500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 39742 | 9/13/2022 | $4,938.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 39673 | 9/6/2022 | $816.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 39595 | 8/24/2022 | $408.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38762A | 11/14/2022 | $500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38699 | 3/10/2022 | $404.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38698 | 3/10/2022 | $375.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38696 | 3/10/2022 | $493.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113034 | $24,480.85 | 3/10/2023 | 36072 | 10/8/2020 | $375.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38689 | 3/9/2022 | $394.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 39743 | 9/13/2022 | $4,852.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38671 | 3/1/2022 | $2,551.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38608 | 2/18/2022 | $375.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38285 | 1/12/2022 | $610.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38173 | 1/4/2022 | $535.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38017 | 12/20/2021 | $375.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 36335 | 12/29/2020 | $212.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 36165 | 10/27/2020 | $4,544.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113410 | $23,581.15 | 3/27/2023 | 38691 | 3/9/2022 | $513.60 |

**Totals:**    3 transfer(s),    $51,098.20